# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CRAIG HARRIS**                                                                             **PETITIONER**

**V.**                     **NO. 3:21-CV-249-DMB-DAS**

**COMMISSIONER BURL CAIN**                                    **RESPONDENT**

## **ORDER**

In accordance with the order entered this day, Craig Harris' petition for a writ of habeas corpus is **DISMISSED with prejudice**.

**SO ORDERED**, this 24th day of January, 2023.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**